NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NANNETTE CARLEY,**

*Plaintiff-Appellant*

**v.**

**SAALWAECHTER INC., DAVID SAALWAECHTER, J. RANDALL BAYS, TOMBALL INDEPENDENT SCHOOL DISTRICT, COUNTY OF MONTGOMERY,**

*Defendants-Appellees*

---

2026-1001

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:24-cv-03396, Judge Alfred H. Bennett.

---

**ON MOTION**

---

Before REYNA, BRYSON, and STARK, *Circuit Judges.*

PER CURIAM.

### O R D E R

On August 25, 2025, the district court entered final judgment dismissing Ms. Carley's suit relating to a foreclosure on her home.  On September 9, 2025, Ms. Carley filed

2                                    CARLEY v. SAALWAECHTER INC.

a still-pending motion "[p]ursuant to 28 U.S.C. § 144," Dkt. No. 63 at 1, arguing, *inter alia*, that the dismissal was improper, and, on September 25, 2025, she filed a notice of appeal directed to this court.  In response to this court's October 16, 2025 order directing the parties to address our jurisdiction, appellees argue for dismissal or transfer to the United States Court of Appeals for the Fifth Circuit.  Nannette Carley has not filed a response.

In general, we only have jurisdiction over an appeal from a final district court decision in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2).  Ms. Carley's case does not fall within any of those categories, such that we lack jurisdiction over her appeal.  We further conclude that transfer to the United States Court of Appeals for the Fifth Circuit is appropriate under the circumstances of this case.  *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.[1]

Accordingly,

---

[1]    We leave any issues as to the timeliness of Ms. Carley's notice of appeal for the Fifth Circuit to resolve.  *See* Fed. R. App. P. 4(a)(4)(A), (B)(i).

CARLEY v. SAALWAECHTER INC.                                    3

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

December 15, 2025
        Date

Jarrett B. Perlow
Clerk of Court